Argued and submitted September 4, affirmed as modified September 30, 1987

In the Matter of the Marriage of

BOLLER,
*Respondent,*
*and*

BOLLER,
*Appellant.*

(15-85-03554; CA A41768)

742 P2d 1200

Russell D. Bevans, Eugene, argued the cause and filed the brief for appellant.

Ann Aiken, Springfield, argued the cause for respondent. With her on the brief was Thorp, Dennett, Purdy, Golden & Jewett, P.C., Springfield.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

The judgment is modified in one particular. The Bavarian china—an heirloom given to husband by his mother—referred to in paragraph 11(b)(1) in the "decree" was awarded to husband; however, the physical possession was given to wife "to maintain for the benefit of the minor children." In order to further the disentanglement of the parties, that provision is modified to provide that husband is awarded the china outright without any conditions or restrictions.

Affirmed as modified. Costs to neither party.